IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jerry Michael Payton, : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:17cv714 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Commissiner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on August 17, 2018 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b). Since there was a JOINT MOTION TO REMAND, the Court hereby ADOPTS said Report and Recommendation.

Accordingly, the parties' joint motion to remand (Doc. 15) is GRANTED. Judgment is entered pursuant to Fed. R. Civ. P. 58. This case is REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. §405 (g).

Plaintiff's motion to supplement the record (Doc. 11) is DENIED as MOOT.

IT IS SO ORDERED.

                                                                                                                s/Susan J. Dlott
                                                                                                                Judge Susan J. Dlott
                                                                                                                United States District Court