IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerry Michael Payton,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:17cv714

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 4, 2020 (Doc. 28), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 18, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that plaintiff's §406(b) motion for attorney fees is GRANTED. Counsel is AWARDED attorney fees in the amount of $13,084.75.

IT IS SO ORDERED.

                                            Judge Susan J. Dlott
                                            United States District Court